NUMBER
13-02-318-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

___________________________________________________________________

 

PULAK BARUA D/B/A SUNSHINE FOOD MART,                       Appellant,

 

                                                   v.

 

SSP PARTNERS D/B/A SSP PETROLEUM,                                 Appellee.

___________________________________________________________________

 

                   On
appeal from the County Court at Law No. 2 

                                  of Nueces County, Texas

___________________________________________________________________

 

                                   O
P I N I O N

 

                   Before
Justices Dorsey, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 








Appellant, PULAK BARUA D/B/A SUNSHINE FOOD MART,
attempted to perfect an appeal from a judgment entered by the County
Court at Law No. 2 of Nueces County, Texas, in cause number 01-60445-2.  Judgment in
this cause was signed on February 25, 2002.  A timely motion for new trial was filed on
March 11, 2002.  Pursuant to Tex. R. App.
P. 26.1, appellant=s notice of appeal was
due on May 25, 2002, but was not filed until June
4, 2002.  

Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. 
Appellant was advised that, if the defect was not corrected within ten
days from the date of receipt of this Court=s letter, the appeal would be dismissed.  To date, no response has been received from
appellant.

The Court, having examined and fully considered the documents on file,
appellant=s failure to timely
perfect his appeal, and appellant=s failure to respond
to this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction.  The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

 

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 10th
day of October, 2002.